IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HARRY ELDRIDGE, | ) | No. C 07-5650 JSW (PR) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RICHARD SUBIA, Warden, | ) | |
| Respondent. | ) | |

    The Court has dismissed this pro se petition for a writ of habeas corpus as a second or successive petition. A judgment of dismissal is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: November 29, 2007

_____
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

HARRY EDLRIDGE,

        Plaintiff,

  v.

RICHARD SUBIA et al,

        Defendant.
_____/

Case Number: CV07-05650 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harry L. Eldridge
P.O. Box 409000
H06424
Ione, CA 95640-9000

Dated: November 29, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk